**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JAMARR YORK,

    Plaintiff,

v.                                      Case No. 21-12526
                                          Hon. Denise Page Hood

ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER REGARDING REPORT AND RECOMMENDATION ON CROSS MOTIONS FOR SUMMARY JUDGMENT**
**AND**
**DISMISSING ACTION**

This matter is before the Court on Magistrate Judge Patricia T. Morris' Report and Recommendation. (ECF No. 15). To date, no Objections have been filed to the Report and Recommendation and the time to file such has passed.

Judicial review of the Commissioner's decision is limited in scope to determining whether the Commissioner employed the proper legal criteria in reaching his conclusion. *Garner v. Heckler,* 745 F.2d 383 (6th Cir. 1984). The credibility findings of an administrative law judge ("ALJ") must not be discarded lightly and should be accorded great deference. *Hardaway v. Secretary of Health and Human Services*, 823 F.2d 922, 928 (6th Cir.

1987). A district court's review of an ALJ's decision is not a de novo review. The district court may not resolve conflicts in the evidence nor decide questions of credibility. *Garner*, 745 F.2d at 397. The decision of the Commissioner must be upheld if supported by substantial evidence, even if the record might support a contrary decision or if the district court arrives at a different conclusion. *Smith v. Secretary of HHS*, 893 F.2d 106, 108 (6th Cir. 1984); *Mullen v. Bowen*, 800 F.2d 535, 545 (6th Cir. 1986).

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. The Court agrees with the Magistrate Judge that the ALJ's finding that Plaintiff was not disabled is supported by the record and adequately analyzed. The Court accepts the Magistrate Judge's Report and Recommendation as this Court's findings of fact and conclusions of law that Plaintiff is not disabled under the Act.

For the reasons set forth above,

**IT IS ORDERED** that the Report and Recommendation of Magistrate Judge Patricia T. Morris **[ECF No. 15, 8/29/2022]** is **ACCEPTED** and **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment **[ECF No. 12, 5/5/2022]** is **DENIED**.

2

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment **[ECF No. 14, 6/3/2022]** is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** with prejudice and this action is **CLOSED**.

                                                                                       s/Denise Page *Hood*
                                                                                       DENISE PAGE HOOD
                                                                                       United States District Judge

DATED:   September 25, 2023